In the Matter of WEST PUBLISHING COMPANY, Respondent, against FRANK J. TAYLOR, as Comptroller of the City of New York, Appellant.

Argued October 12, 1937; decided November 23, 1937.

*Paul Windels, Corporation Counsel (Oscar S. Cox, Edmund B. Hennefeld, Robert Granville Burke* and *Meyer Bernstein* of counsel), for appellant.

*Chester Bordeau, Henry Mannix* and *Francis L. Casey* for respondent.

Order affirmed, with costs, on authority of *Matter of National Cash Register Co.* v. *Taylor* (276 N. Y. 208). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.